# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT
# APPEAL NUMBER A14-1164

_____

Sarah McIvor,

        Appellant,

vs.

**APPELLANT'S MOTION FOR AN EXTENSION OF TIME**

Credit Control Services, Inc.,

        Respondent.

_____

## MOTION

Appellant moves this Court for an order extending, by a period of thirty (30) days, the deadlines for filing the Appendix (currently due 3/14/14) and Appellant's Brief with addendum (currently due 3/14/14).

Rule 26 of the Federal Rules of Appellate Procedure allows: "For good cause, the court may extend the time prescribed by these rules or by its order to perform any act, or may permit an act to be done after that time expires."

Appellate Case: 14-1164   Page: 1   Date Filed: 03/14/2014 Entry ID: 4133695

In this matter, Appellant has very recently obtained acceptance—conditional on the granting of an extension of additional time—of special appellate counsel with greater depth of experience in preparing and prosecuting appeals concerning the subject matter of this dispute. See a confirmation email attached as **EXHIBIT A**. The "good cause" sought for such extension of thirty (30) days is to allow this special appellate counsel to better understand and assist in the preparation of the case on appeal, which should allow smooth procedural practice going forward, as well as allow for the opportunity to present the best analysis for the panel's consideration on appeal.

This requested thirty (30) day extension is not anticipated to prejudice the Respondent in any way.

Respectfully submitted,

Date: <u>March 14, 2014</u>  <u>/s/ Jonathan L. R. Drewes</u>
Jonathan L. R. Drewes (#387327)
DREWES LAW, PLLC
1516 West Lake Street, Ste. 300
Minneapolis, MN 55408
T (612) 285-3051
***Attorneys for Plaintiff/Appellant***