**From:** DickRubin@cs.com
**Subject:** McIvor v. CCS
**Date:** March 13, 2014 at 5:40 PM
**To:** jon@dreweslaw.com
**Cc:** bennett@dreweslaw.com

Mr. Drewes--

    First let me thank you for inviting me to join you in representing the appellant Ms. McIvor in the referenced pending appeal in the Eighth Circuit. As you apparently know, for the last almost 20 years I have specialized in representing consumers under the federal Consumer Credit Protection Act and specifically under the FDCPA and the FCRA in appeals in the federal Courts of Appeals and the United States Supreme Court and have limited my practice accordingly.  So, yes, I would be pleased to work with you and Mr. Hartz on this appeal and thereby to continue to contribute to the development of the law in this area on which I focus my professional attention.

As is my custom, I would take primary responsibility for the drafting the brief(s) and doing the oral argument. Needless to say, however, given the current briefing schedule in this matter, I cannot agree to work on this case unless the Court grants a modest extension of time to allow me to familiarize myself with the case and spend adequate time on the opening brief, which I understand is now due on March 14. A 30-day extension would be sufficient.

So please move immediately to ask the Court for a suitable extension of time to submit the appellant's opening brief.  Once the Court has granted that motion, I will get down to work.


RICHARD J. RUBIN
Attorney at Law
1300 Canyon Road
Santa Fe, New Mexico 87501
(505) 983-4418 (voice)
(505) 983-2050 (fax)
email:DickRubin@cs.com

EXHIBIT A