# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 14-1164

Sarah McIvor

Appellant

v.

Credit Control Services, Inc., doing business as Credit Collection Services

Appellee

_____

Appeal from U.S. District Court for the District of Minnesota - Minneapolis
(0:13-cv-00956-DSD)
_____

## ORDER

Appellant's motion for an extension of time to file the brief is granted in part.  Appellant

may have until April 7, 2014 to file the brief.

March 14, 2014

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans