# CERTIFICATE OF FILING AND SERVICE

I hereby certify that on this 8th day of April, 2014, I caused this Brief of Appellant and Addendum to be filed electronically with the Clerk of the Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

>Ashley M. DeMinck
>Russell S. Ponessa
>HINSHAW & CULBERTSON
>333 South Seventh Street Suite 2000
>Minneapolis, Minnesota  55402
>(612) 333-3434
>
>*Counsel for Appellee*

I further certify that the Brief of Appellant and Addendum has been scanned for viruses using [Symantec Endpoint Protection], and according to the program is free of viruses.

I further certify that on this 8th day of April, 2014 the required number of copies of the Brief of Appellant and Addendum were filed, via UPS Next Day Air, with the Clerk of the Court of the United States Court of Appeals for the Eighth Circuit in accordance with the Eighth Circuit Rules.

>/s/ Richard J. Rubin
>*Counsel for Appellant*