# United States Court of Appeals
*For The Eighth Circuit*
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Michael E. Gans**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

**TO:** Mr. Russell S. Ponessa

**FROM:** Michael D. Shay

**DATE:** June 02, 2014

**RE:** 14-1164  Sarah McIvor v. Credit Control Services, Inc.

    Your brief in the above-case has been received. In reviewing the brief for filing, we noted the deficiencies shown below. Your brief cannot be filed until the defects are corrected. Please correct these defects within five days and resubmit the brief electronically for final review and processing. See 8th Cir. R. 28A(b). If the resubmitted brief passes review, you will receive a Notice of Docket Activity informing you that the brief has been filed. Upon receipt of this notice, you have five days to submit the paper copies of the brief and addendum required by 8th Cir. R. 28A(d) and (g)(4). Please contact us if you have any questions.

\_\_\_\_\_  ORDER OF CONTENTS IS INCORRECT.  See FRAP 28(a)(1)-(10).

\_\_\_\_\_  SUMMARY OF THE CASE IS MISSING, INCOMPLETE OR EXCEEDS 1 PAGE. See 8th Cir. R. 28A(i)(1).

\_\_\_\_\_  CORPORATE DISCLOSURE STATEMENT IS MISSING.  See FRAP 26.1(b).

\_\_\_\_\_  TABLE OF CONTENTS IS MISSING OR INCOMPLETE.  See FRAP 28(a)(2).

\_\_\_\_\_  TABLE OF AUTHORITIES IS MISSING OR INCOMPLETE.  See FRAP 28(a)(3).

\_\_\_\_\_  JURISDICTIONAL STATEMENT IS MISSING OR INCOMPLETE.  See FRAP 28(a)(4)(A)-(D).

    \_\_\_\_\_jurisdiction of district court or agency;
    \_\_\_\_\_appellate jurisdiction;
    \_\_\_\_\_filing dates establishing timelines;
    \_\_\_\_\_assertion appeal is from final order or other basis for court's jurisdiction.

_____ STATEMENT OF ISSUES IS MISSING OR INCOMPLETE.  See 8th Cir. R. 28A(i)(2).
   _____ most apposite cases not listed;
   _____ exceeds maximum of four cases per issue.

_____ STANDARD OF REVIEW IS MISSING.  See FRAP 28(a)(8)(B).

**XXX** STATEMENT OF THE CASE. Pursuant to FRAP 28(a)(6), revised December 1, 2013, the Statement of the Case and Statement of Facts must be combined into a single STATEMENT OF THE CASE.

_____ SUMMARY OF ARGUMENT IS MISSING.  See FRAP 28(a)(7).

_____ CERTIFICATE OF COMPLIANCE IS MISSING(For briefs using type/volume limitation).  See FRAP 28(a)(10) and FRAP 32(a)(7)(C).

_____ BRIEF FORMAT IS INCORRECT.  See FRAP 32(a).
   _____ Point type size too small;
   _____ Margin size too small;
   _____ Brief is not double spaced.

_____ REFERENCES TO THE RECORD.
   _____ References to the record in civil cases must be made to the Appendix page number(s)
   _____ References to the record in criminal cases must be made to district court docket number and, if a party wishes, to specific page number(s) within the document.

_____ BRIEF IS OVERLENGTH AND CANNOT BE FILED WITHOUT A MOTION FOR PERMISSION TO FILE AN OVERLENGTH BRIEF. PLEASE SUBMIT YOUR MOTION EXPLAINING WHY AN OVERLENGTH BRIEF IS REQUIRED AND WHY YOU FAILED TO COMPLY WITH 8th CIR. R. 28A(k). PLEASE NOTE THAT PERMISSION TO FILE AN OVERLENGTH BRIEF MAY BE DENIED.

_____ SIGNATURE NOT PRESENT.  Please submit a signature page.

_____ CERTIFICATE OF SERVICE NOT PRESENT OR INCOMPLETE.

_____ SCANNED VERSIONS ARE NOT ACCEPTABLE AS THE ELECTRONIC VERSION OF THE BRIEF. SEE 8th CIR. R. 28A(h)(3). PLEASE PROVIDE A DIRECT PDF CONVERSION FROM YOUR WORD PROCESSING DOCUMENT.   Contact us if you need assistance.

   Again, your brief cannot be filed until you correct these defects. Failure to correct them may result in the issuance of an order to show cause why the appeal should not be dismissed (for appellant's opening brief) or why you should not be barred from filing the brief (for briefs other than appellant's opening brief). Thank you for your prompt attention to this matter. If you have any questions, please feel free to contact us.